# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MAHER ELSAYED,<br><br>            Plaintiff,<br>vs.<br><br>LAKETA PENNINGTON, BULKMATIC TRANSPORT COMPANY, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.<br><br>            Defendants. | CIVIL ACTION<br>FILE NO.: 1:17-cv-02366-SCJ |

## IDENTIFICATION OF EXPERTS

COMES NOW Maher Elsayed, Plaintiff and identifies the following experts pursuant to F.R.C.P. 26(a)(2)(C). Plaintiff is providing a summary of the expected testimony of the experts.

1. Dr. Obi Ugwonali treated Plaintiff at Peachtree Orthopedic Clinic. Dr. Keating will testify concerning Plaintiff's treatment and care at the facility, about his complaints of pain to his neck, back, and knee, the physical exam performed and findings of those exams, Dr. Ugwonali will testify that all of Plaintiff's treatment and care at Peachtree Orthopedics is related to the collision and that his injuries are related to the collision. Dr. Ugwonali will testify concerning the extent of Plaintiff's injury and his recommendations for treatment. Dr. Ugwonali will

testify the surgery Plaintiff underwent on his knee, the cause of the need for that surgery, and Plaintiff's future risks, physical limitations and impairment rating related to these injuries and future surgery Dr. Ugwonali may have other opinions that are reflected in the medical records from Peachtree Orthopedic Clinic which have previously been produced to Defendants.

2. Dr. Shevin Pollydore treated Plaintiff at Peachtree Orthopedic Clinic for back injuries. Dr. Pollydore will testify concerning Plaintiff's treatment and care at the facility. Dr. Pollydore will testify that all of Plaintiff's treatment and care is related to the collision and that his injuries are related to the collision. Dr. Pollydore will testify concerning the need to have Plaintiff undergo injections on his lower back, Plaintiff's future risks, physical limitations and impairment rating related to these injuries and future surgery. Dr. Pollydore may have other opinions that are reflected in the medical records from Peachtree Orthopedic Clinic which have previously been produced to Defendants.

3. Dr. Erik Bendiks treated Plaintiff for his injuries to his back at Georgia Spine and Orthopaedics. Dr. Bendiks will testify concerning Plaintiff's treatment and care at the facility, diagnostic testing that showed the presence of orthopedic injuries to the spine. Dr. Bendiks will testify that all of Plaintiff's treatment and care is related to the collision and that her injuries are related to the

collision. Dr. Bendiks will testify concerning the need for Plaintiff to undergo surgery on his spine and Plaintiff's future risks, physical limitations and impairment rating. Dr. Bendiks will testify that the need for lumbar surgery is related to injuries from the collision. Dr. Bendiks may have other opinions that are reflected in the medical records from Georgia Orthopaedics which have previously been produced to Defendants.

This 28th day of February, 2018.

Respectfully Submitted,

**FRIED ROGERS GOLDBERG LLC**

By: */s/ Eric J.D. Rogers*
**MICHAEL L. GOLDBERG**
Georgia Bar No. 299472
**ERIC J.D. ROGERS**
Georgia Bar No. 100081

Three Alliance Center
3550 Lenox Road, N.E.
Suite 1500
Atlanta, Georgia 30326
(404) 591-1800
Fax: (404) 591-1801
Email: Michael@frg-law.com
Email: eric@frg-law.com

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1B. This brief has been prepared in Times New Roman font, 14 point.

                                          By: */s/ Eric J.D. Rogers*
                                                  **ERIC J.D. ROGERS**

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing *PLAINTIFF'S IDENTIFICATION OF EXPERTS* with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

R. Scott Masterson
J. Marshall "Buzz" Wehunt
Lewis Brisbois Bisgaard & Smith, LLP
1180 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30309

This 28th day of February, 2018.

By: */s/ Eric J.D. Rogers*
    **ERIC J.D. ROGERS**