| To: | Judge Steve Jones, Courtroom Deputy Clerk Pamela Wright, and Counsel of Record |
|---|---|
| From: | Michael T. Rafi |
| Date: | January 15, 2019 |
| Via: | Filing with the Court's CM/ECF system |

_____

### Notice of Leave of Absence

Dear Ms. Pamela Wright:

Pursuant to Local Rule 83.1, I hereby serve notice of my request for a leave of absence in the below-styled action for the following dates:

- September 20, 2019 – September 25, 2019

- November 25, 2019 – December 3, 2019

- December 23, 2019 – January 3, 2020

The reason for the absence is business related obligations, volunteer commitments, and personal vacations. I request that this case not be calendared during the period of my absence.

Respectfully submitted on January 15, 2019, by:

M. Rafi
_____

**Rafi Law Firm LLC**          Michael T. Rafi
1201 West Peachtree Street NW   Georgia Bar No. 127670
Suite 2319
Atlanta, GA 30309              **Attorney for Plaintiff**
404-800-9933
470-344-3425 fax
mike@rafilawfirm.com


cc: all counsel

## Exhibit 1

| Case Name/Case No. | Judge/Venue | Interested Counsel |
|---|---|---|
| *Maher Elsayed v. Laketa Pennington, Bulkmatic Transport Company, and National Union Fire Insurance Company of Pittsburgh, PA.*<br><br>Civil Action No.: 1:17-cv-02366-SCJ | Judge Steve Jones<br>United States Northern District<br>Atlanta Division<br>1967 United States Courthouse<br>75 Ted Turner Drive, SW<br><br>Courtroom Deputy Clerk<br>Pamela Wright<br>1967 United States Courthouse<br>75 Ted Turner Drive, SW | R. Scott Masterson<br>M. Andrew Echols<br>Lewis Brisbois Bisgaard & Smith, LLP<br>1180 Peachtree Street N.E.<br>Suite 2900<br>Atlanta, Georgia 30309 |